| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____  Chapter **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Pipe Pro Plumbing LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-2737741

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 22707 115th St. Ct. E.<br>Bonney Lake, WA 98391<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Pierce<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Pipe Pro Plumbing LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | Pipe Pro Plumbing LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Pipe Pro Plumbing LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 12, 2017**
MM / DD / YYYY

**X** **/s/ Kelly Daffer**            **Kelly Daffer**
Signature of authorized representative of debtor        Printed name

Title  **member**

**18. Signature of attorney**

**X** **/s/ James F. Dart**        Date  **June 12, 2017**
Signature of attorney for debtor            MM / DD / YYYY

**James F. Dart**
Printed name

**Shoemaker & Dart, P.S., Inc.**
Firm name

**1944 Pacific Avenue**
**Suite 307**
**Tacoma, WA 98402**
Number, Street, City, State & ZIP Code

Contact phone  **1-800-269-5019**    Email address  **office@shoedartlaw.com**

**16168**
Bar number and State

A-ADVANCED SEPTIC SERVICES INC
2518 EAST VALLEY HWY E
SUMNER, WA 98390


ALASKA CASCADE FINANCIAL
PO BOX 4162
FEDERAL WAY, WA 98063


ALLY
PO BOX 380901
MINNEAPOLIS, MN 55438-0901


ALLY
PO BOX 380902
MINNEAPOLIS, MN 55438


ATTORNEY GENERAL OF WA.
BANKRUPTCY & COLLECTIONS
800 FIFTH AVENUE
SUITE 2000
SEATTLE, WA 98104-3188


BELL & FUTCH
8705 CANYON RD E
PUYALLUP, WA 98371


CINTAS
PO BOX 650838
DALLAS, TX 75265


CREDIBLY
1250 KIRTS BLVD
SUITE 100
TROY, MI 48084


DEPT OF LABOR & INDUSTRY
BANKRUPTCY SECTION
PO BOX 44170
OLYMPIA, WA 98504-4171


DEPT OF REVENUE
2101 4TH AVENUE
SUITE 1400
SEATTLE, WA 98121-2746

DESC0
44 BARKLEY CIRCLE
FORT MYERS, FL 33907


EMPLOYMENT SECURITY DEPT
UI TAX ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046


FIRST DATA
PO BOX 407092
FORT LAUDERDALE, FL 33340


GM FINANCIAL
PO BOX 183593
ARLINGTON, TX 76096


HD FOWLER
PO BOX 84368
SEATTLE, WA 98124


HEADWAY CAPITAL
175 W.. JACKSON BLVD
#1000
CHICAGO, IL 60604


HOMEADVISOR
ATTN: ACCOUNTS RECEIVABLE
14023 DENVER WEST PKWY, SUITE
GOLDEN, CO 80401


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SVC
SPECIAL PROCEDURES
915 SECOND AVENUE
MS 244
SEATTLE, WA 98174


JEFF H. YUSEN
601 UNION ST
SUITE 4100
SEATTLE, WA 98101

KELLY DAFFER
22707 115TH ST CT E
BONNEY LAKE, WA 98391


LES SCHWAB
CREDIT BANKRUPTCY
PO BOX 5350
BEND, OR 97708


MICHAEL L. FLYNN, ATTY
2005 SW 356TH STREET
FEDERAL WAY, WA 98023


NEXTRAQ
1200 LAKE HEARN DR
SUITE 500
ATLANTA, GA 30319


ONDECK CAPITAL
901 NORTH STUART ST
ARLINGTON, VA 22203


PINNACLE CAPITAL
615 COMMERCE ST
#101
TACOMA, WA 98402


SECURITY NATIONAL INSURANCE
4455 LBJ FWY
#700
DALLAS, TX 75244


STEVE WAZNEY
2120 BROWNS PT BLVD
TACOMA, WA 98422


UNION BANK
PO BOX 2988
OMAHA, NE 68103


UNIVERSAL PREMIUM FLEETCARD
PO BOX 923928
NORCROSS, GA 30010

US ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WA 98101-1271


VERIZON WIRELESS BANKRUPTCY
500 TECHNOLOGY DRIVE #550
SAINT CHARLES, MO 63304-2225


WESCO INSURANCE CO
C/O CORPORATION SERVICE CO
1090 VERMONT AVE NW
SUITE 430
WASHINGTON, DC 20005

In re  **Pipe Pro Plumbing LLC**                                    Case No.
                         Debtor(s)                                  Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pipe Pro Plumbing LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 12, 2017** | **/s/ James F. Dart** |
| Date | **James F. Dart 16168** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Pipe Pro Plumbing LLC** |
| | **Shoemaker & Dart, P.S., Inc.** |
| | **1944 Pacific Avenue** |
| | **Suite 307** |
| | **Tacoma, WA 98402** |
| | **1-800-269-5019 Fax:1-253-365-6364** |
| | **office@shoedartlaw.com** |